United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                              Case No. 24-01195-HWV
Rachel Elizabeth Lee                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                    Page 1 of 2
Date Rcvd: Nov 08, 2024                          Form ID: trc                                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5627954 | Email/Text: bankruptcy@roundpointmortgage.com | Nov 08 2024 18:35:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024                              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Matrix Financial Services Corporation blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Matrix Financial Services Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Rachel Elizabeth Lee pmurphy@dplglaw.com kgreene@dplglaw.com |
| Sherri Smith | on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing LLC ssmith@pincuslaw.com amautz@pincuslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:24-bk-01195-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Rachel Elizabeth Lee
444 Bosler Avenue
Lemoyne PA 17043

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/07/2024.

Name and Address of Alleged Transferor(s):

Claim No. 6: RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715

Name and Address of Transferee:

TH MSR Holdings LLC
c/o RoundPoint Mortgage Servicing, LLC
446 Wrenplace Road
Fort Mill, SC 29715
TH MSR Holdings LLC
c/o RoundPoint Mortgage Servicing, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/24

Terrence S. Miller
**CLERK OF THE COURT**